Opinion issued January 13, 2011



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-11-00004-CR

NO. 01-11-00005-CR

NO. 01-11-00006-CR

NO. 01-11-00007-CR

———————————

In re Rene E. Vargas, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION[1]

          By
petition for writ of mandamus, relator, Rene E. Vargas, complains that the
Harris County District Clerk has not provided relator with a transcript of the
grand jury proceedings in the underlying case. 


          We deny
the petition for writ of mandamus. 

PER CURIAM

Panel
consists of Justices Jennings, Higley, and Brown.

Do
not publish.   Tex. R. App. P. 47.2(b).

 











[1]
          Relator has indicated that the
underlying case is State v. Vargas,
nos. 669954, 6700092, 631718, and 657699 in the 183rd District Court of Harris
County, Texas.